## OSBORNE *v.* THE STATE.

ATKINSON, Justice. Where, in a hotel room, two men strike and beat another with their hands, strike him in the face with a blunt instrument, and then immediately take his money from the pocket of his trousers which are hanging in a closet eight or ten feet away from the victim, such acts constitute robbery by force under the Code, § 26-2501.

(a) In such circumstances, the evidence contains the element of force contemplated by the statute. *Long* v. *State*, 12 *Ga.* 293 (9); *Smith* v. *State*, 117 *Ga.* 320 (43 S. E. 736, 97 Am. St. R. 165); *Moran* v. *State*, 125 *Ga.* 33 (53 S. E. 806); *Bowen* v. *State*, 16 *Ga. App.* 110 (84 S. E. 730); *Rivers* v. *State*, 46 *Ga. App.* 778 (5) (169 S. E. 260); *Thomas* v. *State*, 54 *Ga. App.* 747 (2) (189 S. E. 68).

(b) It is not necessary that the property be taken directly from one's person; it is sufficient if it be taken while in his possession and im-

764

mediate control. *Clements* v. *State*, 84 *Ga.* 660 (11 S. E. 505, 20 Am. St. R. 385) ; *Crawford* v. *State*, 90 *Ga.* 701 (2) (17 S. E. 628, 35 Am. St. R. 242) ; *Grant* v. *State*, 125 *Ga.* 259 (54 S. E. 191).

*Judgment affirmed. All the Justices concur.*

No. 15489.   JUNE 4, 1946.

*Robert T. Speer* and *Gladys T. Medlock,* for plaintiff in error.

*Eugene Cook, Attorney-General, E. E. Andrews, Solicitor-General, J. R. Parham, Durwood T. Pye, Daniel Duke* and *Roscoe Thompson, Assistant Attorneys-General,* contra.